UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEITH WALTER BULLARD,

    Petitioner,        Case No. 2:14-CV-12252
v.                            HONORABLE DENISE PAGE HOOD
                                CHIEF UNITED STATES DISTRICT JUDGE

SHANE JACKSON,

    Respondent.
_____/

**OPINION AND ORDER DENYING THE MOTION TO
RE-HEAR PETITION AND ORDER AND ANY OTHER RELIEF
(DKT. # 26)**

On May 31, 2018, this Court denied petitioner's habeas application brought pursuant to 28 U.S.C. § 2254, denied petitioner a certificate of appealability, but granted him leave to appeal *in forma pauperis*. *Bullard v. Jackson*, No. 2:14-CV-12252, 2018 WL 2441792 (E.D. Mich. May 31, 2018). The United States Court of Appeals for the Sixth Circuit subsequently denied petitioner's application for a certificate of appealability and dismissed the appeal. *Bullard v. Jackson,* No. 18-1735, 2018 WL 4735626 (6th Cir. Sept. 19, 2018).

Pending before the Court is petitioner's "Motion To Re-hear Opinion and Order And Any Other Relief." Petitioner requests this Court to issue a

certificate of appealability on his claims. *See* Dkt. # 26, Pg Id 1835.

The Sixth Circuit denied petitioner a certificate of appealability and dismissed petitioner's appeal, thus, the motion for a certificate of appealability will be denied as moot. *See Woodberry v. Bruce,* 203 F. App'x 186, 189 (10th Cir. 2006). The Sixth Circuit's denial of petitioner's motion for a certificate of appealability and the dismissal of petitioner's prior appeal divested this Court of any power to grant petitioner a certificate of appealability on the issues he previously appealed and lost on before the Sixth Circuit. *Id.*

**IT IS HEREBY ORDERED** That the Motion To Re-hear Opinion And Order and Any Other Relief (Dkt. # 26) is **DENIED.**

s/Denise Page Hood
Chief Judge, U. S. District Court

**Dated: December 11, 2018**

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 11, 2018, by electronic and/or ordinary mail.

s/LaShawn Saulsberry
Case Manager